**UNITED STATES DISTRICT COURT**
**PROBATION OFFICE**
**DISTRICT OF NEW JERSEY**

CHRISTOPHER MALONEY
CHIEF PROBATION OFFICER

THOMAS S. LARSON
SUPERVISING PROBATION OFFICER

December 20, 2010

200 FEDERAL PLAZA
ROOM 130
P.O. BOX 2097
PATERSON, NJ 07509-2097
(973) 357-4080
FAX: (973) 357-4092
www.njp.uscourts.gov

Honorable Jose L. Linares
United States District Court
Martin Luther King, Jr. Federal Building
and United States Courthouse
50 Walnut Street, Room 5054
Newark, NJ 07102

RE: SARNO, Mark
Dkt. No. 10-CR-759

Dear Judge Linares:

On October 6, 1999, The Honorable William L. Osteen, United States District Judge in the Middle District of North Carolina sentenced Mark Sarno to 115 months imprisonment to be followed by five years supervised release for the offenses of False Statement on a Bank Loan Application, Credit Card Fraud, and Mail Fraud. The special conditions included were financial disclosure, no new credit, and defendant shall notify the Court of any change in his economic circumstance. Restitution in the amount of $322,811.57 and a special assessment of $300 were ordered. Mr. Sarno was released from imprisonment to the District of New Jersey on September 2, 2010. It should be noted that jurisdiction of this case was received by the District of New Jersey on November 4, 2010.

This letter is in response to Mr. Sarno's correspondence to the Court dated December 10, 2010 regarding his request to work as a consultant at Firstime Consulting. As indicated in the letter, this company will be provide guidance to newly convicted individuals as they prepare themselves to enter the criminal justice system. Mr. Sarno has requested to have direct contact with convicted felons in his capacity as a consultant for this company. The president of the company is Mr. Brian Hobbs, the offender's partner of a few months.

The Probation Office respectfully requests Your Honor's guidance regarding the appropriateness of Mr. Sarno's employment with this company. Mr. Sarno has an extensive criminal history, including four federal convictions, with the first dating back to 1983. He has violated two terms of supervised release with new federal fraud convictions and sustained a conviction for Escape in 1991. Sarno was released from custody only four months ago and it is <u>Probation's position that he should demonstrate that he can lead a law abiding lifestyle before consulting other offenders regarding the criminal justice system.</u>

Please advise, by indicating below, whether Sarno may be employed with Firstime Consulting and have contact with convicted felons in his capacity as a consultant. As always, we are available to discuss this matter. The undersigned can be reached at (973) 357-4089.

Honorable Jose L. Linares, USDJ
Page 2
December 20, 2010

Very truly yours,

CHRISTOPHER MALONEY, Chief
U.S. Probation Officer

By: Dana Hafner
U.S. Probation Officer

/dh
cc: Gurbir Grewal, AUSA

*************************************************

### The Court directs the following:

[ ] Mark Sarno is permitted to work for Firstime Consulting and may have contact with convicted felons in his capacity as a consultant.

[✓] Mark Sarno is not permitted to work for Firstime Consulting.

[ ] Other:

_____
Signature of Judicial Officer

12/21/10
_____
Date